**Fill in this information to identify the case:**

Debtor 1     Norma Rachel Erwin

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Northern    District of    California
                                                                                                                   (State)

Case number    19-50563

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim**. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9

**Court claim No. (if known):** 3

**Last 4 digits** of any number you use to identify the debtor's account:    6440

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

### Part 1: Itemize Post-petition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney Fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | 05/13/2019 | (5) $ | 400.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: | | (10) $ | |
| 11. Other. Specify: 410A Form Review Fee | 05/13/2019 | (11) $ | 250.00 |
| 12. Other. Specify: Mailing costs | 05/14/2019 | (12) $ | 1.60 |
| 13. Other. Specify: | | (13) $ | |
| 14. Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     **Notice of Postpetition Mortgage Fees, Expenses, and Charges**     page 1

| Debtor 1 | Norma Rachel Erwin | | Case Number *(if known)* | 19-50563 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ *Arnold L. Graff*
Signature

Date **July 12, 2019**

Print: Arnold L. Graff
   First Name   Middle Name   Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 4375 Jutland Dr. Suite 200; P.O. Box 17933
    Number    Street

San Diego    CA    92177-0933
City    State    Zip Code

Contact phone (858)-750-7600

Email PCN-PPFN.Inquiries@nationstarmail.com

```
 1  Arnold L. Graff (SBN 269170)
    agraff@aldridgepite.com
 2  Joseph C. Delmotte (SBN 259460)
    jdelmotte@aldridgepite.com
 3  ALDRIDGE PITE, LLP
    4375 Jutland Drive, Suite 200
 4  P.O. Box 17933
    San Diego, CA 92177-0933
 5  Telephone: (858) 750-7600
    Facsimile:  (619) 590-1385
 6
    Attorneys for
 7  Deutsche Bank National Trust Company, as
    Trustee for HarborView Mortgage Loan Trust
 8  Mortgage Loan Pass-Through Certificates, Series
    2006-9
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>NORMA RACHEL ERWIN,<br><br>Debtor. | Case No. 19-50563<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.  I am over the age of eighteen years and not a party to this case.

On September 12, 2019, I caused the following documents:

- **Notice of Postpetition Mortgage Fees, Expenses, and Charges;**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

**DEBTOR**
Norma Rachel Erwin
3181 Apperson Ridge Drive
San Jose, CA 95148
(Via U.S. Mail/)

**DEBTOR'S ATTORNEYS**
Ronda N. Edgar
Edgar Law Group, LLP
675 N 1st st #700
San Jose, CA 95112


Matthew Mellen
Mellen Law Firm
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
email@mellenlawfirm.com
(Via NEF)

**TRUSTEE**
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
ctdocs@ch13sj.com
(Via NEF)

**U.S. TRUSTEE**
U.S. Trustee
Department of Justice
USTPRegion17.SJ.ECF@usdoj.gov
(Via NEF)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2019        /s/Melissa Gonzalez
                                  MELISSA GONZALEZ